Cynthia L. Thompson, PRO PER
PO Box 472
Santa Monica, CA 90406

FILED
2013 MAY 10 PM 1:49
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA L. THOMPSON <br><br> PLAINTIFF/PETITIONER, <br> v. <br> Nancy Wesoff, Director; Housing Authority of City of Los Angeles (HACLA); LA LOMOD CORP.   DEFENDANT(S). | CASE NUMBER <br> **CV 13- 3370 (cw)** <br><br> REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT |

I, <u>Cynthia L. Thompson</u>, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐ Yes  ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. <u>10/31/2012 - $2884.80</u>

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?   ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?   ☐ Yes  ☒ No
   d. Gifts or inheritances?   ☐ Yes  ☒ No
   e. Any other income (other than listed above)?   ☐ Yes  ☒ No
   f. Loans?   ☐ Yes  ☒ No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes  ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. In what year did you last file an Income Tax return? 2013

   Approximately how much income did your last tax return reflect? $33,743.00

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   N/A

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| California | Santa Monica |
|---|---|
| State | County (or City) |

I, Cynthia L. Thompson, declare under penalty of perjury that the foregoing is true and correct.

5/16/13
Date

Plaintiff/Petitioner (Signature)