JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA L. THOMPSON, | CV 13-3370 PA (JCGx) |
| Plaintiff, | JUDGMENT |
| v. | |
| HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; and LA LOMOD CORPORATION, | |
| Defendants. | |

Pursuant to the Court's May 5, 2014 Minute Order granting the Motion for Summary Judgment filed by defendants Housing Authority of the City of Los Angeles and LA LOMOD Corporation ("Defendants"), which granted summary judgment to Defendants on all claims asserted by plaintiff Cynthia L. Thompson ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff and Plaintiff shall take nothing.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants shall have their costs of suit.

DATED: May 8, 2014

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE